**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| JUNK FOOD CUSTOM ARCADES, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>HIT BOX LLC.<br><br>    Defendant. | CIVIL ACTION NO: 2:21-cv-00262-RWS |

**PLAINTIFF JUNK FOOD CUSTOM ARCADES, LLC'S
RESPONSE TO INFRINGEMENT CONTENTIONS**

Pursuant to Patent Local Rules 4.2(a), and in accordance with the parties' Joint Preliminary Report and Discovery Plan (Dkt. 20), Declaratory Judgment Plaintiff Junk Food Custom Arcades ("JFCA") serves to Declaratory Judgment Defendant Hit Box, LLC ("Hit Box") the following Response to Hit Box's June 30, 2022 Infringement Contentions.

**I.  PRELIMINARY STATEMENT AND RESERVATION OF RIGHTS**

This disclosure is directed to infringement issues only and does not address invalidity issues. JFCA reserves all rights regarding such issues.

This Response to Infringement Contentions is preliminary and based on JFCA's knowledge, understanding, and belief of the facts and information available to it at the time of service. In addition, the deadline for disclosure of expert opinions is set for a date in the future as is the claim construction process; accordingly, JFCA reserves the right to modify or supplement this Response to Infringement Contentions in accordance with the opinions of experts and the Court's claim constructions. Discovery is ongoing. Accordingly, JFCA reserves the right to modify or supplement this response at a later time with information later discovered.

## II.    RESPONSE TO INFRINGEMENT CONTENTIONS

Pursuant to LPR 4.2(a)(1), attached as Exhibits 1-3 to this Response to Invalidity Contentions are claim charts responsive to the claim charts contained in Hit Box's June 30, 2022 Infringement Contentions, acknowledging or denying whether each element of the asserted claims is present in the Accused Products (the JFCA Snack Box V2 (Buttons Only Edition), the JFCA Snack Box V2 Mini (Stickless Edition), and the JFCA Snack Box Micro). Exhibits 1-3 are incorporated herein.

-3-

### III.  DOCUMENT PRODUCTION

Pursuant to LPR 4.2(a)(2), other than documents previously produced as JFCA 000704-000709, JFCA does not have any source code, specifications, schematics, flow charts, artwork, formulas, or other documentation sufficient to show the operation or composition of the Accused Products identified in Hit Box's Disclosure of Infringement Contentions.

Dated: July 20, 2022

HILL, KERTSCHER & WHARTON, LLP

*/s/* John L. North
John L. North (Georgia Bar No. 545580)
Martha L. Decker (Georgia Bar No. 420867)
3625 Cumberland Blvd., Suite 1050
Atlanta, Georgia 30339
Telephone: (770) 953-0995
Facsimile: (770) 953-1358
Email: jln@hkw-law.com
md@hkw-law.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| JUNK FOOD CUSTOM ARCADES, LLC<br><br>　　　Plaintiff,<br><br>　　　　　v.<br><br>HIT BOX LLC.<br><br>　　　Defendant. | CIVIL ACTION NO: 2:21-cv-00262-RWS |

　　　I HEREBY CERTIFY on this 20th day of July, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following counsel of record:

Steven R. Daniels
sdaniels@dickinsonwright.com

Franklin M. Smith
fsmith@dickinsonwright.com

Zachary L. Pelton
zpelton@dickinsonwright.com

Kevin A. Maxim
kmaxim@maximlawfirm.com

-4-

This 20th day of July, 2022.

        By:   */s/ John L. North*
                John L. North
                Georgia Bar No. 545580

                *Attorney for Plaintiff*