# EXHIBIT 3

**U.S. PAT. NO. 10,022,623**
**ACCUSED PRODUCT: SNACK BOX MICRO**
**JFCA'S LPR 4.2(a)(1) CHART RESPONSIVE TO HIT BOX'S INFRINGEMENT CLAIM CHART**

| Claim Limitations | Accused Product (*see* Hit Box LPR 4.1(b)(3) Claim Charts) | JFCA RESPONSE |
|---|---|---|
| **1.** A hand operated game controller for controlling a game console, said game controller comprising: | <br><br>A hand operated game controller for controlling a game console | JFCA does not dispute that the Micro is a hand operated game controller for controlling a game console. |

A. an all-push-button game controller surface being flat and extending horizontally between left and right edges and vertically between top and bottom edges, said left and right edges extending inwardly to a ==middle boundary line==,



JFCA disputes that the Micro is an "all-push-button game controller." When properly construed, the 623 Patent is limited to arcade type buttons. The Micro does <u>not</u> utilize arcade type buttons but instead utilizes non-arcade buttons attached directly to the PCB.

JFCA also disputes that the Micro button configuration extends "inwardly to a middle boundary line." When properly construed, the "middle boundary line" of the 623 Patent is in the middle. The "Middle Boundary Line" shown to the left is in fact to the left of the middle.

JFCA further disputes that the Micro has the claimed "surface including a left hand position extending inwardly from said left edge to said middle boundary line and a right hand position extending inwardly from said right edge to said middle boundary line." This portion of the limitation literally requires that the left and right edges meet in the middle, leaving no room for buttons or a "surface." And there is no width.

JFCA does not dispute the remaining portion of this limitation.

B. said game controller surface including a left hand position extending inwardly from said left edge to said ==middle boundary line== and a right hand position extending inwardly from said right edge to said ==middle boundary line==, said **left hand position** including four movement push buttons and said **right hand position** including eight function buttons, each of said buttons having a generally circular shape;



JFCA disputes that the "middle boundary" limitation is met. See above.

JFCA disputes that Micro has the claimed buttons. See above.

JFCA disputes that the evidence presented shows that Micro has "said left hand position including four movement push buttons and said right hand position including eight function buttons." The evidence presented to the left does not support such allegations. The function of each Micro button is in fact determined by the specific game that is loaded on the game console to which the controller is connected. For example, the pressing of an alleged "movement button" may not result in movement. There is no evidence of a Micro being connected to a game console where the game console performs the "movements" alleged in the figure to the left.

JFCA also disputes that the "surface" of the Micro includes four movement push buttons and said right hand position including eight function buttons. The Micro buttons are not attached to the "surface" in any way, as required by the 623 Patent when properly construed. They are attached to the PCB.

| | | JFCA further disputes that the Micro has the claimed "surface including a left hand position extending inwardly from said left edge to said middle boundary line and a right hand position extending inwardly from said right edge to said middle boundary line." This portion of the limitation literally requires that the left and right edges meet in the middle, leaving no room for buttons or a "surface." There is no width. |
| --- | --- | --- |
| | | JFCA does not dispute the remaining portion of this limitation. |

1) said four movement push buttons including a left movement button disposed closest to said left edge, a down movement button disposed between said left movement button and said middle boundary line and being the same distance to said top edge as said left movement button, a right movement button disposed between said down movement button and said middle boundary line and being closer to said bottom edge than said left and down movement buttons, and an up movement button at least partially disposed on said middle boundary line and being closer to said bottom edge than said right movement button, wherein said left, right, and down movement buttons form an arc-shape layout and said up movement button



JFCA disputes that the Micro has "said four movement push buttons including a left movement button disposed closest to said left edge, a down movement button disposed between said left movement button and said middle boundary line and being the same distance to said top edge as said left movement button, a right movement button disposed between said down movement button and said middle boundary line and being closer to said bottom edge than said left and down movement buttons, and an up movement button at least partially disposed on said middle boundary line and being closer to said bottom edge than said right movement button."

JFCA disputes that the "middle boundary" limitation is met. See above.

JFCA disputes that Micro has the claimed buttons. See above.

JFCA disputes that Micro has the alleged "movement buttons" located between the left edge and "Middle Boundary" because the left and right edges meet at the "Middle Boundary" according to the claim language.

| forms an elliptical-shape layout with said arc-shape layout; | | JFCA also disputes that the evidence presented shows that Micro has four movement push buttons. The evidence presented to the left does not support such allegations. The function of each Micro button is in fact determined by the specific game that is loaded on the game console to which the controller is connected. For example, the pressing of an alleged "movement button" may not result in movement. There is no evidence of a Micro being connected to a game console where the game console performs the "movements" alleged in the figure to the left.<br><br>JFCA does not dispute any remaining portions of this limitation. |
| --- | --- | --- |

2) said eight function buttons including a top row of four function buttons and a bottom row of four function buttons wherein each of said rows of function buttons includes a first function button and a second function button spaced by a pair of middle function buttons, wherein said middle function buttons are disposed closer to said top edge than said first and second function buttons, and wherein said first row of function buttons are disposed vertically and linearly adjacent to said second row of function buttons;



JFCA disputes that the Micro has "said eight function buttons including a top row of four function buttons and a bottom row of four function buttons wherein each of said rows of function buttons includes a first function button and a second function button spaced by a pair of middle function buttons, wherein said middle function buttons are disposed closer to said top edge than said first and second function buttons."

JFCA disputes that the "middle boundary" limitation is met. See above.

JFCA disputes that Micro has the claimed buttons. See above.

JFCA disputes that Micro has the alleged "function buttons" located between the right edge and "Middle Boundary" because the left and right edges meet at the "Middle Boundary" according to the claim language.

JFCA also disputes that the evidence presented shows that Micro has eight function buttons. The evidence presented to the right does not support such allegations. The function of each button is in fact determined by the specific game that is loaded on the game console to which the controller is attached.

| | | |
|---|---|---|
| | | There is no evidence of a Micro being connected to a game console where the game console performs "functions" with the pressing of each of the eight buttons shown to the left.<br><br>JFCA does not dispute any remaining portions of this limitation. |
| 3) said up movement button is positioned below said first function buttons and said right movement button, said first function buttons and said right movement buttons being adjacent to said middle boundary line so that said up movement button can be activated with a user's left-hand thumb or the user's right-hand thumb with the left hand positioned directly over said movement buttons and the right hand positioned directly over said function buttons as described in limitations B.1) and B.2) above; and | | For the above reasons, which are incorporated herein by reference, JFCA disputes that the evidence presented shows that the Micro has the alleged movement and function buttons, much less such buttons orienteds around a "middle boundary line." JFCA also disputes that Micro has the claimed buttons at all.<br><br>JFCA does not dispute any remaining portions of this limitation. |

| C. a connection means between said push buttons and said game console, wherein control signals are sent from said plurality of buttons to said game console via said wireless or wired connection means as said plurality of buttons is pushed by the user. | Steps for completing your order:<br><br>1. Pick your case color<br><br>2. Pick the middle layer (clear for side artwork, or a complimentary color)<br><br>3. Add the wiring kit (if needed)<br><br>4. Add the buttons kit that matches your layout (if needed)<br><br>5. Add the PCB (if needed)<br><br>6. Choose whether to have us build and test it for you<br><br>7. Shop for add-ons like an acrylic top for artwork or a carrying strap | JFCA disputes that the evidence presented shows that the Micro has the claimed "connection means." Hit Box's use of the word "means" presumtively makes this limitation a means-plus-function term limited to the structure disclosed in the specification of the 623 Patent. The evidence to the left fails to provide the required comparison between the alleged connection means of the Micro and the structure of the function means disclosed in the 623 Patent.<br><br>JFCA further disputes the evidence presented relates to Micro. It also is optional. It also fails to account for the fact that the Micro does not send control signals in all situations where buttons are pressed, such as when certain buttons are pressed at the same time and when the Micro is in the LED edit mode.<br><br>JFCA does not dispute any remaining portions of this limitation. |

| | | |
|---|---|---|
| **2.** The hand operated controller as in **claim 1** wherein said connection means is a wire connection means. |   Wire connection means | JFCA refers to and incorprates by reference its above responses including but not limited to its response regarding the alleged "connection means."<br><br>JFCA does not dispute any remaining portions of this claim. |

| | | |
|---|---|---|
| **3.** The hand operated controller as in **claim 1**, wherein said connection means is USB cable. |  | JFCA refers to and incorprates by reference its above responses including but not limited to its response regarding the alleged "connection means."<br><br>JFCA does not dispute any remaining portions of this claim. |

11

| | | |
|---|---|---|
| **5**. The hand operated controller as in **claim 1** further comprising a game controller printed circuit board connected between said plurality of push buttons and said wireless or wired communication means. |  | JFCA refers to and incorprates by reference its above responses including but not limited to its response regarding the alleged "connection means."<br><br>JFCA disputes that the Micro includes a "printed circuit board connected between said plurality of push buttons and said wireless or wired communication means" As noted above, the Micro buttons are attached directly to the PCB – there is no separate connection between the buttons and the PCB as is the case with the Arcade buttons of the 623 Patent.<br><br>JFCA does not dispute any remaining portions of this claim. |

**6**. The hand operated controller as recited in **claim 1** wherein said hand operated controller is box shaped.



Box shaped

JFCA refers to and incorprates by reference its above responses.

JFCA disputes that the evidence to the left shows that Micro has a "box" shape. Micro has rounded edges while boxes do not.

To the extent the refrenced "box shape[]" refers to the left and right edges meeting at the "middle boundary," Micro is not box shaped for this reason as well.

JFCA does not dispute any remaining portions of this claim.

| | | |
|---|---|---|
| **7**. The hand operated controller as recited in **claim 1** wherein said buttons are circular shaped. | Circular shaped buttons | JFCA refers to and incorprates by reference its above responses.<br><br>JFCA does not dispute any remaining portions of this claim. |

| | | |
|---|---|---|
| **8**. The hand operated controller as recited in **claim 1** wherein said movement buttons are spaced from said left edge at least an expanse of a distance between said left movement button and said right movement button to define a flat surface for resting of a user's palm. |  | JFCA refers to and incorprates by reference its above responses.<br><br>JFCA disputes that the alleged movement buttons "are spaced from said left edge at least an expanse of a distance between said left movement button and said right movement button to define a flat surface for resting of a user's palm." The Micro is too small to provide a surface for resting an adult user's palm, as the claim requires.<br><br>JFCA does not dispute any remaining portions of this claim. |
| **9**. The hand operated controller as recited in **claim 7** wherein said up button is the largest button. | | JFCA refers to and incorprates by reference its above responses.<br><br>JFCA does not dispute any remaining portions of this claim. |

| | | |
|---|---|---|
| **10**. A hand operated game controller for controlling a game console, said game controller comprising: |  A hand operated game controller for controlling a game console | See above responses to claim 1, which JFCA hereby incorporates by reference.<br><br>JFCA does not dispute any remaining portions of this claim. |

| | | |
|---|---|---|
| an all-push-button game controller surface extending horizontally between left and right edges and vertically between top and bottom edges, said left and right edges extending inwardly to a <mark>middle boundary line</mark>, said controller surface consisting of: | | See above responses to claim 1, which JFCA hereby incorporates by reference.<br><br>JFCA further disputes that the evidence establishes that each element of claim 10 is met, as the "consisting of" language precludes the existence of not-claimed buttons. The Micro has additional buttons at the left top edge as shown in the figure to the left.<br><br>JFCA does not dispute any remaining portions of this claim. |
| Four movement push buttons including a left movement button disposed closest to said left edge, a down movement button disposed between said left movement button and said <mark>middle boundary line</mark> and being the same distance to said top edge as said left movement button, a right movement button disposed between said down | | See above responses to claim 1, which JFCA hereby incorporates by reference.<br><br>JFCA does not dispute any remaining portions of this claim. |

| | | |
|---|---|---|
| button and said middle boundary line and being closer to said bottom edge than said left and down movement buttons, and an up movement button at least partially disposed on said middle boundary line and being closer to said bottom edge than said right movement button, wherein said left, right, and down movement buttons form an arc-shape layout and said up button forms and elliptical-shape layout with said arc-shape layout; | | |

eight function buttons including a top row of four function buttons and a bottom row of four function buttons wherein each of said rows of function buttons includes a first function button and a second function button spaced by a pair of middle function buttons, wherein said middle function buttons are disposed closer to said top edge than said first and second function buttons and said first row of function buttons is disposed between said second row of function buttons from said top edge.



See above responses to claim 1, which JFCA hereby incorporates by reference.

JFCA does not dispute any remaining portions of this claim.

| **12**. The hand operated controller as recited in **claim 10** including a PCB configured to operate with the game console. | <br><br>Printed circuit board connected to plurality of push buttons<br><br>JFCA's websites states that the Snack Box Micro is "Support for PC / PS3 / PS4 / Switch!" | See above responses to claims 1 and 10, which JFCA hereby incorporates by reference.<br><br>JFCA does not dispute any remaining portions of this claim. |