# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| JUNK FOOD CUSTOM ARCADES, LLC<br><br>    Plaintiff,<br><br>         v.<br><br>HIT BOX LLC.<br><br>    Defendant. | CIVIL ACTION NO:<br>2:21-cv-00262-RWS |

## PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS

Declaratory Judgment Plaintiff Junk Food Custom Arcades, LLC ("JFCA") hereby respectfully submits the following statement of undisputed material facts ("SUMF") in support of its motion for summary judgment of non-infringement:

**SUMF NO. 1**: U.S. Patent No. 10,022,623 ("the 623 Patent") includes two independent claims: claim 1 and claim 10. EX. B at 18-19, bates JFCA000255-256.

**SUMF NO. 2**: Claim 1 of the 623 Patent requires "said first row of function buttons are disposed vertically and linearly adjacent to said second row of function buttons." EX. B at 18, bates JFCA000255.

**SUMF NO. 3**: The parties agreed the construction for "vertically and linearly adjacent" means "next to and aligned above" and the court adopted the agreed construction. Dkt. 97 at 13.

**SUMF NO. 4**: In claim 1, the phrase "said first row of function buttons" has no antecedent basis. EX. B at 18, bates JFCA000255.

**SUMF NO. 5**: In claim 1, the phrase "said second row of function buttons" has no antecedent basis. EX. B at 18, bates JFCA000255.

**SUMF NO. 6**: Claim 10 of the 623 Patent requires "said first row of function buttons is disposed between said second row of function buttons from said top edge." EX. B at 19, bates JFCA000256.

**SUMF NO. 7**: In claim 10, the phrase "said first row of function buttons" has no antecedent basis. EX. B at 19, bates JFCA000256.

**SUMF NO. 8**: In claim 10, the phrase "said second row of function buttons" has no antecedent basis. EX. B at 19, bates JFCA000256.

**SUMF NO. 9**: Claims 1 and 10 of the 623 Patent require "said left and right edges extending inwardly to a middle boundary line." EX. B at 18-19, bates JFCA000255-256.

**SUMF NO. 10**: The parties agreed the construction for "edge" means "the outer perimeter of a surface" and the court adopted the agreed construction. Dkt. 97 at 13.

**SUMF NO. 11**: JFCA alleges invalidity of the 623 Patent. Dkt. 30 at ¶¶ 10-14 (Count I).

**SUMF NO. 12**: JFCA alleges non-infringement of the 623 Patent. Dkt. 30 at ¶¶ 25-28 (Count III).

**SUMF NO. 13**: Defendant/Counterclaimant Hit Box, LLC ("Hit Box") alleges infringement of the 623 Patent. Dkt. 58, ¶¶ 28-42 (First Counterclaim); *see generally* EX. A (Hit Box's 10/31/2023 Infringement Contentions).

**SUMF NO. 14**: On 10/31/2023, Hit Box served supplemental infringement contentions (EX. A) pursuant to the Court Order (Dkt. 120).

**SUMF NO. 15**: Hit Box added two, new accused products in its 10/31/2023 Infringement Contentions: the JFCA Snack Box Micro XL and the JFCA Snack Box Micro LITE. *See generally* EX. A.

**SUMF NO. 16**: Hit Box alleges the JFCA Snack Box V2 (Buttons Only Edition) infringes claims 1, 2, 3, 5, 6, 7, 8, 9, 10, 12, 14, and 15 of the 623 Patent. EX. A at 9-29.

**SUMF NO. 17**: Hit Box alleges the JFCA Snack Box V2 Mini (Stickless Edition) infringes claims 1, 2, 3, 5, 6, 7, 8, 9, 10, 12, 14, and 15 of the 623 Patent. EX. A at 31-51.

**SUMF NO. 18**: Hit Box alleges the JFCA Snack Box Micro infringes claims 1, 2, 3, 5, 6, 7, 8, 9, 10, and 12 of the 623 Patent. EX. A at 53-71.

**SUMF NO. 19**: Hit Box alleges the JFCA Snack Box Micro XL infringes claims 1, 2, 3, 5, 6, 7, 8, 9, 10, and 12 of the 623 Patent. EX. A at 73-91.

**SUMF NO. 20**: Hit Box alleges the JFCA Snack Box Micro LITE infringes claims 1, 2, 3, 5, 6, 7, 8, 9, 10, and 12 of the 623 Patent. EX. A at 93-109.

**SUMF NO. 21**: With respect to the JFCA Snack Box V2 (Buttons Only Edition), in its 10/31/2023 Infringement Contentions, Hit Box alleged the accused product includes "said first row of function buttons are disposed vertically and linearly adjacent to said second row of function buttons." EX. A at 13. In pertinent part, Hit Box alleged:



**SUMF NO. 22**: With respect to the JFCA Snack Box V2 Mini (Stickless Edition), in its 10/31/2023 Infringement Contentions, Hit Box alleged the accused product includes "said first row of function buttons are disposed vertically and linearly adjacent to said second row of function buttons." EX. A at 35. In pertinent part, Hit Box alleged:



4

**SUMF NO. 23**: With respect to the JFCA Snack Box Micro, in its 10/31/2023 Infringement Contentions, Hit Box alleged the accused product includes "said first row of function buttons are disposed vertically and linearly adjacent to said second row of function buttons." EX. A at 57. In pertinent part, Hit Box alleged:



**SUMF NO. 24**: With respect to the JFCA Snack Box Micro XL, in its 10/31/2023 Infringement Contentions, Hit Box alleged the accused product includes "said first row of function buttons are disposed vertically and linearly adjacent to said second row of function buttons." EX. A at 77. In pertinent part, Hit Box alleged:



**SUMF NO. 25**: With respect to the JFCA Snack Box Micro LITE, in its 10/31/2023 Infringement Contentions, Hit Box alleged the accused product includes "said first row of function buttons are disposed vertically and linearly adjacent to said second row of function buttons." EX. A at 97. In pertinent part, Hit Box alleged:



**SUMF NO. 26**: With respect to the JFCA Snack Box V2 (Buttons Only Edition), in its 10/31/2023 Infringement Contentions, Hit Box alleged the accused product includes "said first row of function buttons is disposed between said second row of function buttons from said top edge." EX. A at 26. In pertinent part, Hit Box alleged:



**SUMF NO. 27**: With respect to the JFCA Snack Box V2 Mini (Stickless Edition), in its 10/31/2023 Infringement Contentions, Hit Box alleged the accused product includes "said first row of function buttons is disposed between said second row of function buttons from said top edge." EX. A at 48. In pertinent part, Hit Box alleged:



**SUMF NO. 28**: With respect to the JFCA Snack Box Micro, in its 10/31/2023 Infringement Contentions, Hit Box alleged the accused product includes "said first row of function buttons is disposed between said second row of function buttons from said top edge." EX. A at 70. In pertinent part, Hit Box alleged:



**SUMF NO. 29**: With respect to the JFCA Snack Box Micro XL, in its 10/31/2023 Infringement Contentions, Hit Box alleged the accused product includes "said first row of function buttons is disposed between said second row of function buttons from said top edge." EX. A at 90. In pertinent part, Hit Box alleged:



**SUMF NO. 30**: With respect to the JFCA Snack Box Micro LITE, in its 10/31/2023 Infringement Contentions, Hit Box alleged the accused product includes "said first row of function buttons is disposed between said second row of function buttons from said top edge." EX. A at 108. In pertinent part, Hit Box alleged:

9



**SUMF NO. 31**: With respect to the JFCA Snack Box V2 (Buttons Only Edition), in its 10/31/2023 Infringement Contentions, Hit Box alleged the accused product includes "said left and right edges extending inwardly to a middle boundary line." EX. A at 10 and 24. In pertinent part, Hit Box alleged:



10

**SUMF NO. 32**: With respect to the JFCA Snack Box V2 Mini (Stickless Edition), in its 10/31/2023 Infringement Contentions, Hit Box alleged the accused product includes "said left and right edges extending inwardly to a middle boundary line." EX. A at 32 and 46. In pertinent part, Hit Box alleged:



**SUMF NO. 33**: With respect to the JFCA Snack Box Micro, in its 10/31/2023 Infringement Contentions, Hit Box alleged the accused product includes "said left and right edges extending inwardly to a middle boundary line." EX. A at 54 and 68. In pertinent part, Hit Box alleged:

11



**SUMF NO. 34**: With respect to the JFCA Snack Box Micro XL, in its 10/31/2023 Infringement Contentions, Hit Box alleged the accused product includes "said left and right edges extending inwardly to a middle boundary line." EX. A at 74 and 88. In pertinent part, Hit Box alleged:



**SUMF NO. 35**: With respect to the JFCA Snack Box Micro LITE, in its 10/31/2023 Infringement Contentions, Hit Box alleged the accused product includes "said left and right edges extending inwardly to a middle boundary line." EX. A at 94 and 106. In pertinent part, Hit Box alleged:



Respectfully submitted this 1st day of December, 2023.

        CHERIAN LLP

        */s/* John L. North
        John L. North (Georgia Bar No. 545580)
        1930 Morrison Dr.
        Decatur, Georgia 30033
        Telephone: (202) 838-1570
        Email: johnn@cherianllp.com

        *Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| JUNK FOOD CUSTOM ARCADES, LLC<br><br>    Plaintiff,<br><br>        v.<br><br>HIT BOX LLC.<br><br>    Defendant. | CIVIL ACTION NO:<br>2:21-cv-00262-RWS |

**CERTIFICATE OF SERVICE**

I hereby certify on this 1st day of December, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

                                              By:    */s/ John L. North*
                                                        John L. North
                                                        Georgia Bar No. 545580

                                                        *Attorney for Plaintiff*