# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| JUNK FOOD CUSTOM ARCADES, LLC,<br><br>    Plaintiff/Counter-Defendant,<br><br>vs.<br><br>HIT BOX, LLC,<br><br>    Defendant/Counterclaimant. | Civil Action No:<br>2:21-cv-00262-RWS |

## JOINT MOTION TO STAY PROCEEDINGS
## PENDING THE COURT'S RULING ON SUMMARY JUDGMENT

Defendant/Counter-claimant, Hit Box, LLC ("Hit Box") and Plaintiff/ Counter-Defendant Junk Food Custom Arcades, LLC ("JFCA") (collectively, the "Parties") by and through their respective undersigned counsel, jointly move the Court to enter the order attached hereto and state:

1.    The Court entered the current discovery schedule on October 10, 2023 [Dkt. 120], which schedule included a Fact Discovery Completion deadline of February 16, 2023.

2.    On December 1, 2023, JFCA filed its Motion for Summary Judgment of Non-Infringement [Dkt. 122]. On December 22, 2023, Hit Box filed its response in opposition to JFCA's motion [Dkt. 123] and its own Motion for Summary Judgment of Infringement [Dkt. 126].

3. The Parties have met and conferred and agree that the case can best proceed in an efficient and orderly fashion if (1) discovery is stayed pending the Court's ruling on the parties' summary judgment motions; and (2) the parties meet and confer within 10 days of the Court's ruling on the summary judgment motions to discuss how to proceed with any remaining case issues.

Respectfully submitted this 17th day of January, 2024.

| */s/ John L. North (with permission)*<br>John L. North<br>Georgia Bar No. 545580<br>CHERIAN LLP<br>1901 L St. NW<br>Suite 700<br>Washington, DC 20036<br>johnn@cherianllp.com<br>(202) 838-1570<br><br>**Attorneys for Junk Food Custom Arcades, LLC** | */s/ Steven R. Daniels*<br>Steven R. Daniels<br>Georgia Bar No. 204865<br>DICKINSON WRIGHT PLLC<br>607 W. 3rd Street, Suite 2500<br>Austin, TX 78701<br>(512) 770-4200<br>sdaniels@dickinsonwright.com<br><br>Zachary L. Pelton<br>Michigan Bar No. P85197<br>Admitted pro hac vice<br>DICKINSON WRIGHT PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226<br>(313) 223-3500<br>zpelton@dickinsonwright.com<br><br>Kevin A. Maxim<br>Georgia Bar No. 478580<br>THE MAXIM LAW FIRM, P.C.<br>1718 Peachtree St., N.W., Suite 599<br>Atlanta, Georgia  30309<br>(404) 924-4272<br>kmaxim@maximlawfirm.com<br><br>**Attorneys for Hit Box, LLC** |

## CERTIFICATION

Pursuant to N.D. Ga. L.R. 7.1(D), counsel for the parties hereby certify that this document has been prepared with Times New Roman (14 point) font, which font has been approved under L.R. 5.1(C).

*/s/  John L. North (w permission)*
John L. North

*/s/  Steven R. Daniels*
Steven R. Daniels

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January 2024, I caused to be served the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/  Steven R. Daniels*
Steven R. Daniels
Georgia Bar No. 204865
DICKINSON WRIGHT PLLC
607 W. 3rd Street, Suite 2500
Austin, TX 78701
(512) 770-4200
sdaniels@dickinsonwright.com
